856

No. 77-6958. KIRBY v. METZ, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 77-6959. VALENTINE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77-6961. WILLIAMS v. LIBERTY ET AL. C. A. 7th Cir. Certiorari denied.

No. 77-6963. PAUL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77-6964. LOUIS v. DEES, WARDEN. Sup. Ct. La. Certiorari denied.

No. 77-6966. WILLIS v. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 5th Cir. Certiorari denied.

No. 77-6967. LANIER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77-6969. KNOPF v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 77-6970. McCLINDON v. WARDEN, ILLINOIS STATE PENITENTIARY. C. A. 7th Cir. Certiorari denied.

No. 77-6971. TATE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77-6972. KEAN v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 77-6973. SMITH v. COMMUNICATIONS SATELLITE CORP. C. A. D. C. Cir. Certiorari denied.